IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS HILDEBRAND,

        Petitioner,               No. CIV S-04-0607 FCD GGH P

   vs.

VERNE SPEIRS, et al.,

        Respondents.      <u>ORDER</u>

_____/

        On June 6, 2005, petitioner filed unsigned objections to the May 17, 2005, findings and recommendations.  Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall file signed objections.  <u>See</u> Local Rule 7-131(c).

DATED: 6/10/05

                          /s/ Gregory G. Hollows

                        _____

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

ggh:kj
hil607.ord