IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANCIS HILDEBRAND,

    Petitioner,               No. CIV S-04-0607 FCD GGH P

    vs.

VERNE SPEIRS, et al.,

    Respondent.            <u>ORDER</u>

_____/

        Petitioner has timely filed a notice of appeal of this court's July 27, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) ineffective assistance of counsel based on counsel's failure to investigate complaining witness Lederman's record of making false charges and false statements; 2) ineffective assistance of counsel based on counsel's failure to investigate complaining witness Lederman's poor reputation and character for untruthfulness; 3) ineffective assistance of counsel based on counsel's failure to investigate collusion between witnesses Lederman and Rodriguez; 4) denial of due process by admission of uncharged misconduct; 5) whether petitioner was entitled to an evidentiary hearing.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: September 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.